UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL DWAYNE MITCHELL,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No.  2:25-cv-1961 DC AC P<br><br><br>ORDER |

On December 09, 2025, respondent filed a motion to dismiss, with a certificate of service. ECF No. 10.  On February 3, 2026, after the deadline to respond passed, the court issued an order directing petitioner to file and serve an opposition to the motion or a statement of non-opposition within twenty-one days.  ECF No. 12.  Petitioner filed a response indicating he never received respondent's motion to dismiss and that he therefore cannot respond to the motion.  ECF No. 13.

Review of the certificate of service shows respondent's served plaintiff at his current and correct mailing address on December 9, 2025.  However, because it appears respondent's motion to dismiss was lost or misplaced before it reached petitioner, respondents will be ordered to re-serve petitioner.  Petitioner will be given time to respond.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. By March 2, 2026, respondent shall re-serve petitioner with respondent's motion to dismiss (ECF No. 10) and file a certificate/proof of service with the court.

2. Petitioner has until March 26, 2026, to file an opposition or statement of non-opposition to respondent's motion to dismiss.

DATED:  February 25, 2026.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE