UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL DWAYNE MITCHELL, | No. 2:25-cv-1961 DC AC P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a prisoner proceeding without counsel, seeks a sixty-day extension of time to file an opposition to respondent's motion to dismiss. ECF No. 16. Petitioner states this is his first request for an extension of time and that he needs additional time due to his age and health, which make it difficult to type and/or write his opposition. Id. at 2.

Good cause appearing, IT IS HEREBY ORDERED that petitioner's motion (ECF No. 16) is GRANTED. Petitioner shall file an opposition to respondent's motion to dismiss (ECF No. 10) no later than June 4, 2026. No further extensions will be granted absent extraordinary circumstances.

DATED: April 2, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE